# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 14-2115                Short Title: In re: Alvaro M. Pereira

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from September 26, 2014
  2. Date this notice of appeal filed October 23, 2014
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes  [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [ ] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
        If yes, explain _____

C. Has this case previously been appealed?  [✓] Yes  [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   See attached sheet.

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Bank of America, N.A.
      Attorney Mark B. Johnson and Michael A. Klass, Johnson & Borenstein, LLC
      Address 12 Chestnut Street, Andover, MA 01810
      Telephone (978) 475-4488

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Debora A. Casey, Chapter 7 Trustee of Alvaro M. Pereira
      Address 97 Whiting Street
      Telephone (781) 749-8068

      Attorney's name Mark S. Foss
      Firm Fletcher Tilton, PC
      Address 370 Main Street, 11th Floor
      Telephone (508) 459-8018

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

    Signature  /s/ Mark S. Foss
    Date  November 6, 2014

United States Court of Appeals
For the First Circuit

Docketing Statement

No. 14-2115                                                          In re: Alvaro M. Pereira

C. Has this case previously been appealed?   Yes.

In re: Alvaro M. Pereira, Case No. 13-CV-11975-GAO, Bankruptcy Case No. 12-15862-WCH, Adversary Proceeding No. 12-01229-WCH. The United States District Court reversed the United States Bankruptcy Court's entering of summary judgment in favor of Debora A. Casey.

{Client Files/37242/0004/01610585.DOCX }

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| BANK OF AMERICA, N.A. )<br>)<br>Appellee )<br>) Case No. 14-2115<br>v. )<br>)<br>DEBORA A. CASEY, CHAPTER )<br>7 TRUSTEE OF ALVARO M. )<br>PEREIRA )<br>)<br>Appellant )<br>) | |

### CERTIFICATE OF SERVICE

I, Mark S. Foss, do hereby certify that on November 6, 2014, I caused a copy of the **DOCKETING STATEMENT** ("Pleadings") to be electronically transmitted by the Court's ECF System on all parties having filed a request for notice including the following parties:

Office of the U.S. Trustee

Debora Casey, Chapter 7 Trustee

| | |
|---|---|
| Mark B. Johnson | (Counsel for Bank of America, N.A.) |
| Michael A. Klass | (Counsel for Bank of America, N.A.) |

Dated: November 6, 2014                     /s/ Mark S. Foss
Mark S. Foss (BBO 561360)
Fletcher Tilton, PC
370 Main Street, 11th Floor
Worcester, MA 01608
Telephone:  508-459-8018
 Facsimile:  508-459-8318
mfoss@fletchertilton.com

{Client Files/37242/0004/01610548.DOCX }